1  DEVLIN LAW FIRM LLC
2  Jeffrey F. Craft (SBN 147186)
   jcraft@devlinlawfirm.com
3  1731 Fox Springs Circle
   Newbury Park, CA 91230
4  Telephone: (302) 449-9010

5  DEVLIN LAW FIRM LLC
   Timothy Devlin (*pro hac vice* to be filed)
6  tdevlin@devlinlawfirm.com
   Derek Dahlgren (*pro hac vice* to be filed)
7  ddahlgren@devlinlawfirm.com
   Srikant Cheruvu (*pro hac vice* to be filed)
8  scheruvu@devlinlawfirm.com
   1526 Gilpin Avenue
9  Wilmington, Delaware 19806
   Telephone: (302) 449-9010
10 Facsimile: (302) 353-4251

11 *Attorneys for Plaintiff*
   *Onscreen Dynamics, LLC*

12            UNITED STATES DISTRICT COURT
13          FOR THE CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION
14

15 ONSCREEN DYNAMICS, LLC,

16     Plaintiff,                    Case No.: 2:21-cv-6797

17     v.                            **PLAINTIFF'S CORPORATE**
                                     **DISCLOSURE STATEMENT**
18 TESLA, INC,

19     Defendant.

20

Page 1

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Onscreen Dynamics, LLC declares that it has no parent corporation and no publicly traded company who currently owns 10% or more of its stock.

Dated: August 23, 2021                    Respectfully submitted,

                                          DEVLIN LAW FIRM LLC

                                          /s/Jeffrey F. Craft
                                          Jeffrey F. Craft (SBN 147186)
                                          1731 Fox Springs Circle
                                          Newbury Park, CA 91320
                                          Telephone: (302) 449-9010
                                          jcraft@devlinlawfirm.com

                                          Timothy Devlin (*pro hac vice* to be filed)
                                          tdevlin@devlinlawfirm.com
                                          Derek Dahlgren (*pro hac vice* to be filed)
                                          ddahlgren@devlinlawfirm.com
                                          Srikant Cheruvu (*pro hac vice* to be filed)
                                          scheruvu@devlinlawfirm.com
                                          1526 Gilpin Avenue
                                          Wilmington, Delaware 19806
                                          Telephone: (302) 449-9010
                                          Facsimile: (302) 353-4251

                                          *Attorneys for Plaintiff*
                                          *Onscreen Dynamics, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on August 23, 2021

            */s/Jeffrey F. Craft*
            Jeffrey F. Craft

CORPORATE DISCLOSURE STATEMENT